IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

   Petitioner,         No. CIV S-07-0858 DFL DAD P

  vs.

TUOLUMNE SUPERIOR COURT, et al.,

   Respondents.        ORDER

               /

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a judgement of conviction entered in the Tuolumne County Superior Court. Tuolumne County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721
8

9  DATED: May 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
treg0858.109