# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA, | 1:07-cv-0693-AWI-SMS-HC |
| Petitioner, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| TUOLUMNE SUPERIOR COURT, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    May 17, 2007**                                              **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE