1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    DANIEL TREGLIA,                    CV F   07-00693 AWI SMS HC

10                 Petitioner,        ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATION

11      v.

                               [Doc. 18]
12

13    WALKER, Warden

14                 Respondent.
    _____/

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

        On November 20, 2007, the Magistrate Judge issued Findings and Recommendation that
18
   Respondent's motion to dismiss the petition be GRANTED, and the petition be DISMISSED,
19
   with prejudice.  This Findings and Recommendation was served on all parties and contained
20
   notice that any objections were to be filed within thirty (30) days of the date of service of the
21
   order.
22
        On December 6, 2007, Petitioner filed timely objections to the Findings and
23
   Recommendation.
24
        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
25
   a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's
26
   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
27
   supported by the record and proper analysis.  Petitioner's objections present no grounds for
28

questioning the Magistrate Judge's analysis.    Petitioner contends in the objections that 28 U.S.C. § 2244(d)'s one year statute of limitations is unconstitutional.   There is no authority for Petitioner's position.  See Ferguson v. Palmateer, 321 F.3d 820, 823 (9th Cir. 2003) (finding no serious constitutional problem with statute of limitations for purposes of constitutional-doubt canon of statutory construction);   Green v. White, 223 F.3d 1001, 1003 (9th Cir. 2000) (holding that section 2244(d) is not per se violation of Suspension Clause).   In addition, the fact some claims were not raised in the state court until after section 2244(d)'s statute of limitations had run is not relevant because the running of Petitioner's statue of limitations began when his conviction was  final and not when the claims were to the state court's for review.   See 28 U.S.C. § 2244(d) (listing events that trigger statute of limitations).

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued November 20, 2007, is ADOPTED IN FULL;

2.      Respondent's motion to dismiss the instant petition as time-barred is GRANTED;

3.      The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice;

4.      The Court further declines to issue a certificate of appealability, as it does not find that jurists of reason would not find it debatable whether the petition was properly dismissed, with prejudice, as time-barred.  Slack v. McDaniel, 529 U.S. 473, 484 (2000); and,

5.      The Clerk of the Court is DIRECTED to close this action.  This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:    January 17, 2008            _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

2